AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

BRYAN VELASQUEZ,

    Petitioner,

v.

WILLIAM SANDIE, et al.,

    Respondent(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:16-cv-00493-MMD-VPC**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice.
**IT IS FURTHER ORDERED** that the Petitioner is denied a certificate of appealability.

August 31, 2016　　　　　　　　　　　　　　　　**LANCE S. WILSON**
　　　　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　　　　/s/ K. Rusin
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk